No. 407. Benítez as Liquidator for the Successors of Martínez v. González et al.—Appeal from the District Court of Aguadilla. Motion of appellant to withdraw appeal. Decided June 8, 1909. Appeal dismissed. *Mr. Méndez Vas* for petitioner.

No. 7. Acosta et al. v. The District Court et al.—Application for writ of inhibition. Decided September 26, 1909. Application denied. *Messrs. Enrique López Díaz and Rafael López Landrón* for petitioners.

No. 60. Acosta et al. v. Domínguez, District Judge.—Application for writ of *certiorari*. Decided September 26, 1909. Application denied. *Messrs. Enrique López Díaz and Rafael López Landrón* for petitioners.

No. 28. Ex Parte Acosta et al.—Application for writ of *habeas corpus*. Decided September 27, 1909. Application denied. *Messrs. Enrique López Díaz and Rafael López Landrón* for petitioner.

No. 448. Berrás v. Estate of Urruita.—Appeal from the District Court of San Juan. Motion to withdraw appeal. Decided October 4, 1909. Appeal withdrawn. *Mr. Francisco de la Torre* for petitioner.

No. 130. Lamas et al. v. Domínguez, District Judge.—Application for writ of *mandamus*. Decided October 4, 1909. Withdrawn at the instance of petitioners. *Mr. López Landrón* for petitioners.